IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR ALAMILLA MORENO,

    Petitioner,

v.

GARY S. SANDOR, Warden,

    Respondent.

No. C 12-05135 WHA

**JUDGMENT**

Pursuant to the order dismissing this case, a **JUDGMENT OF DISMISSAL IS HEREBY ENTERED** in favor of respondent. Petitioner shall receive no relief by way of his petition. The **CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE